IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:12CR139 |
| v. | : | JUDGE THOMAS M. ROSE |
| JOSHUA E. KNISLEY | : | |

ORDER TO UNSEAL CASE

Upon motion of the United States, and for the reason that the above captioned defendant has been arrested, the above captioned case is hereby ordered unsealed.

DATE: 11/16/12

JUDGE THOMAS M. ROSE
UNITED STATES DISTRICT COURT JUDGE